AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:24-mj-00172 |
| Carol Moore | ) Assigned to: Judge Upadhyaya, Moxila A. |
|  | ) Assign Date: 5/13/2024 |
|  | ) Description: COMPLAINT W/ ARREST WARRANT |
| *Defendant* | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Carol Moore,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building
40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building

Date: 05/13/2024

*Issuing officer's signature*

City and state:   Washington, D.C.

Moxila A. Upadhyaya
*Printed name and title*

---

### Return

This warrant was received on *(date)* 05/13/2024, and the person was arrested on *(date)* 05/15/2024
at *(city and state)* MASSAPEQUA, NY.

Date: 05/15/2024

*Arresting officer's signature*

FRANCIS E. GOULD   TFO
*Printed name and title*